UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLAUDE BOLING,

                Plaintiff,

                              CIVIL CASE NO. 06-13302

v.

MICHAEL BOUCHARD, et al.,        HONORABLE PAUL V. GADOLA
                                              U.S. DISTRICT COURT
                Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of the Honorable Donald A. Scheer, United States Magistrate Judge. The Magistrate Judge recommends that this Court deny Plaintiff's motion for a temporary restraining order. The Magistrate Judge served the Report and Recommendation on all parties on October 16, 2006 and notified the parties that any objections must be filed within ten days of service. Accordingly, any objections should have been filed by approximately November 2, 2006. Neither party filed objections to the Report and Recommendation.

The Court's standard of review for a Magistrate Judge's Report and Recommendation depends upon whether a party files objections. If a party does not object to the Report and Recommendation, the Court does not need to conduct a review by any standard. *See Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) (Gadola, J.). As the Supreme Court observed, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those

findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Since neither party has filed objections to the Report and Recommendation, the Court need not conduct a review.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation [docket entry 16] is **ACCEPTED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for a temporary restraining order [docket entry 5] is **DENIED**.

**SO ORDERED.**


Dated:    December 5, 2006            s/Paul V. Gadola
                                      HONORABLE PAUL V. GADOLA
                                      UNITED STATES DISTRICT JUDGE

---

Certificate of Service

I hereby certify that on    December 5, 2006   , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:
                              William G. Pierson                           , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:              Claude D. Boling                 _.

                                      s/Ruth A. Brissaud
                                      Ruth A. Brissaud, Case Manager
                                      (810) 341-7845